**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6531

CLARENCE S. GREGORY,

Plaintiff - Appellant,

versus

ROBERT E. WARD, Regional Director; DORIS
GANTT, Correctional Officer; THIERRY D.
NETTLES, Captain; MARGUERITE TOMASINO,
Investigator; LINDA BOWMAN, Correctional
Officer; MARK COTE, Lieutenant Correctional
Officer; CHARLES WHITTEN, Captain and
Correctional Officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Terry L. Wooten, District Judge.
(CA-02-44-3-25BC)

Submitted: June 12, 2003          Decided: June 19, 2003

Before LUTTIG and SHEDD, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

---

[*] This opinion is filed by a quorum of the panel pursuant to
28 U.S.C. § 46(d).

Clarence S. Gregory, Appellant Pro Se.    Sandra Jane Senn,
Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clarence S. Gregory appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gregory v. Ward, No. CA-02-44-3-25BC (D.S.C. Feb. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2